UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY O. HELMER,

      Plaintiff,                                           Case No. 05-71920

v.                                                       District Judge Bernard A. Friedman
                                                        Magistrate Judge R. Steven Whalen

CORRECTIONAL MEDICAL
SERVICES, et al.,

      Defendants.
_____/

**ORDER HOLDING CASE IN ABEYANCE**

On June 30, 2005, Plaintiff filed a *pro se* civil rights complaint naming 14 defendants, including Jackson County Sheriff's Deputies and Michigan Department of Corrections employees. Three motions to dismiss are currently pending [Docket Nos. 29, 34 and 36]. In addition, Plaintiff has filed a motion to appoint counsel [Docket #42].

In regard to the motion to appoint counsel, attorney Hugh M. Davis has indicated a willingness to consider representation, but requests a reasonable amount of time to review the case.

Accordingly, all proceedings in this case will be STAYED for a period of 60 days from the date of this Order.

SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: February 16, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 16, 2007.

S/G. Wilson
Judicial Assistant